## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

UNITED STATES DISTRICT COURT  
FOR THE EASTERN DISTRICT OF NEW YORK

Purchased/Filed: March 2, 2020  
Index # 1:20-cv-01141-KAM-SMG

*Michael Newman, Individually and on Behalf of All Other Employees Similarly Situated*     Plaintiff

against

*Deno Parker., et al*    Defendant

---

STATE OF NEW YORK  
COUNTY OF ALBANY    SS.:

_____ James Perone _____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___March 6, 2020___, at ___3:45 PM___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action, Proof of Service and FLSA Collective Action Complaint

on _____ West Bar & Lounge, Inc. _____, the Defendant in this action, by delivering to and leaving with _____ Colleen Banahan _____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee __40__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__. Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant

Description of the person served: Approx. Age: __35-40__  Approx. Wt: __Over 200__  Approx. Ht: __5' 4" - 5' 8"__  
Color of skin: __White__  Hair color: __Brown__  Sex: __Female__  Other: _____

Sworn to before me on this  
__6th__ day of March 2020

SCOTT SCHUSTER  
NOTARY PUBLIC, STATE OF NEW YORK  
NO. 02SC6308636  
QUALIFIED IN ALBANY COUNTY  
COMMISSION EXPIRES JULY 28, 2022

James Perone  
Attny's File No.  
Invoice•Work Order # S1837965

***SERVICO, INC.. P.O. BOX 871. ALBANY. NY 12201***