

July 30, 2020

**VIA ECF**
Hon. Steven M. Gold
United States Magistrate Judge
United States Courthouse
Southern District of NY

Re:     1:20-cv-01141-KAM-SMG Newman v. West Bar & Lounge

---

Your Honor:

Plaintiff hereby withdraws the motion for default judgment filed June 22, 2020 (Docket # 11-15), 15).   Due to the pandemic and to Plaintiff's availability, we were unable to fully brief the motion.

We respectfully request that the Court grant Plaintiff (30) days to submit an Amended motion for default or a stipulation of dismissal.

>      Respectfully submitted,
>      **STILLMAN LEGAL, P.C.**
>      *Counsels for Plaintiff*