STILLMAN LEGAL PC
42 Broadway, 12th Floor
New York, NY 10004
www.FightForUrRights.com
212-203-2417
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MICHAEL NEWMAN, individually *and on behalf of all other employees similarly situated* )
)
)
Plaintiff, )
)
-v- )
)
DENO PARKER and WEST BAR & LOUNGE, INC. (AKA WEST BAR & LOUNGE) jointly *and severally*. )
)
)
)
Defendants. )
------------------------------------------------------------- )

**AFFIDAVIT OF MILITARY INVESTIGATION**

STATE OF NEW YORK )
) ss:
COUNTY OF QUEENS )

I, MICHAEL NEWMAN, being duly sworn, deposes and states as follows:

1. I am a Plaintiff in the above-captioned action, and I have personal knowledge of the matters stated below.

2. I am personally acquainted with the owner of West Bar & Lounge, Inc., and Deno Parker.

3. Defendant Deno Parker is not in the military service of the United States.

4. I know Defendant Deno Parker is not in the military service of the United States because I have seen them regularly at the Restaurant where I worked, which they own and operate.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/Michael Newman
MICHAEL NEWMAN

7TH day of August 2020

Notary Public

JOSEPH D. NOHAVICKA
Notary Public, State of New York
No. 02NO6352442
Qualified in Bronx County
Commission Expires December 27, 2020