Form 62 - AFFIDAVIT OF SERVICE



**STILLMAN LEGAL PC**   Lina Stillman
U S DISTRICT COURT EASTERN DISTRICT OF NEW YORK

MICHAEL NEWMAN

                                                     PLAINTIFF

- vs -

WEST BAR & LOUNGE, INC. ET AL

                                                     DEFENDANT

index No. **20-CV-01141**
Date Filed
Office No.
Court Date.

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**   :SS:

**BASHAR JUDEH** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **06th day of May, 2020 at 5:54PM at 13324 SPRINGFIELD BLVD ST. ALBANS, NY 11413**
I served the **SUMMONS IN A CIVIL ACTION AND COLLECTIVE ACTION COMPLAINT**
Upon **DENO PARKER the DEFENDANT** therein named by delivering and leaving a true copy or copies of the aforementioned documents with **CHRISTAL (DOE) (REFUSED FULL NAME) CO-WORKER** a person of suitable age and discretion.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
SEX: **FEMALE**   COLOR: **BROWN** HAIR: **BLACK**
AGE: **20**   HEIGHT: **5'4**  WEIGHT: **110**
OTHER IDENTIFYING FEATURES:

That at the time of service as aforesaid, I asked person spoken to whether DEFENDANT was in the military service of the State of New York or United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid
I aver that the DEFENDANT is not in the military service, and is not dependent on anyone in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
1st day of June, 2020

BASHAR JUDEH DCA #2065853
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 7-SNLPC-3219284

STATE OF NEW YORK, COUNTY OF NEW YORK
**MICHAEL ROTH** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on **14th day of May, 2020**
I deposited in the United States mail a true copy of aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said DEFENDANT(s) at the above address **AS EVIDENCED BY CERTIFICATE OF MAILING HEREWITH ATTACHED.** That address being
**the place of business of the DEFENDANT(s)**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns action against the person to be served.

Sworn to before me this
1st day of June, 2020

MICHAEL ROTH DCA LIC #2005859
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 7-SNLPC-3219284

2a

Form 62 - AFFIDAVIT OF SERVICE



P3219284

**STILLMAN LEGAL PC**  Lina Stillman
U S DISTRICT COURT EASTERN DISTRICT OF NEW YORK

MICHAEL NEWMAN

index No. **20-CV-01141**
Date Filed
Office No.
Court Date.

- vs -

WEST BAR & LOUNGE, INC. ET AL

PLAINTIFF

DEFENDANT

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**    :SS:

**BASHAR JUDEH** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **06th day of May, 2020 at 5:54PM at 13324 SPRINGFIELD BLVD ST. ALBANS, NY 11413**
I served the **SUMMONS IN A CIVIL ACTION AND COLLECTIVE ACTION COMPLAINT**
Upon **DENO PARKER the DEFENDANT** therein named by delivering and leaving a true copy or copies of the aforementioned documents with **CHRISTAL (DOE) (REFUSED FULL NAME) CO-WORKER** a person of suitable age and discretion.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
SEX: **FEMALE**  COLOR: **BROWN** HAIR: **BLACK**
AGE: **20**     HEIGHT: **5'4** WEIGHT: **110**
OTHER IDENTIFYING FEATURES:

That at the time of service as aforesaid, I asked person spoken to whether DEFENDANT was in the military service of the State of New York or United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid
I aver that the DEFENDANT is not in the military service, and is not dependent on anyone in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
1st day of June, 2020

BASHAR JUDEH DCA #2065853
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 7-SNLPC-3219284

STATE OF NEW YORK, COUNTY OF NEW YORK
**MICHAEL ROTH** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on **14th day of May, 2020**
I deposited in the United States mail a true copy of aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said DEFENDANT(s) at the above address **AS EVIDENCED BY CERTIFICATE OF MAILING HEREWITH ATTACHED.** That address being **the place of business of the DEFENDANT(s).**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns action against the person to be served.

Sworn to before me this
4 day of June, 2020

MICHAEL ROTH DCA LIC #2005859
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 7-SNLPC-3219284

2a