STILLMAN LEGAL PC
LINA STILLMAN
42 Broadway, 12th Floor
New York, New York 10004
www.FightForUrRights.com
212-203-2417
*Attorneys for Plaintiff*

| | |
|---|---|
| **UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK** | **AFFIDAVIT OF SERVICE** |
| --------------------------------------------------------------- | **OF MOTION FOR DEFAULT** |

MICHAEL NEWMAN, *individually and on behalf of others similarly situated*

               *Plaintiff,*

               -against-

WEST BAR & LOUNGE INC., (DBA WEST BAR AND LOUNGE) and DENO PARKER jointly *and severally.*

               *Defendants.*
-------------------------------------------------------------X

**STATE OF NEW YORK** )
                         ) SS:
**COUNTY OF NEW YORK** )

Lina Stillman, being duly sworn depose and says that deponent is not a party to the action, is over 18 years of age.

On the 26 of April deponent served the Motion for Default Judgment upon:

West Bar Lounge Inc and Deno Parker
133-24 Springfield Blvd,
St. Albans, NY 11413


By depositing same in a properly addressed wrapper, VIA FEDEX within the State of New York. (See Fedex Receipt)

Dated: New York, New York

                                              Lina Stillman

                               BY:    *LINA STILLMAN*

                                              Lina Stillman
                                              42 Broadway, 12th Floor
                                              New York, New York 10004
                                              Telephone: (800) 933 – 5620
                                              *Attorneys for Plaintiff*

To: Deno Parker
West Bar & Lounge
13324 Springfield Blvd., St. Albans, NY 1143