UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MICHAEL NEWMAN,

       Plaintiff,       JUDGMENT

  v.              20-CV-1141 (KAM)(RER)

WEST BAR & LOUNGE, INC. (AKA
WEST BAR & LOUNGE), DENO PARKER,

       Defendants.
-----------------------------------------------------------------X

  A Memorandum and Order of Honorable Kiyo A. Matsumoto, United States District Judge, having been filed on June 11, 2021, granting plaintiff's motion for default judgment; awarding the following to plaintiff from defendants jointly and severally: • (1) compensatory unpaid wage damages and overtime damages of $35,024.00; • (2) liquidated damages of $35,024.00; • (3) WTPA statutory damages of $10,000.00; • (4) attorney's fees and costs of $5,425.00; and • (5) post-judgment interest pursuant to 28 U.S.C. § 1961, calculated from the date judgment is entered until the date the judgment is paid in full; it is

  ORDERED and ADJUDGED that plaintiff's motion for default judgment is granted; and that judgment is hereby entered in favor of plaintiff and against defendants jointly and severally in the total amount of $85,473 plus post-judgment interest pursuant to 28 U.S.C. § 1961, calculated from the date judgment is entered until the date the judgment is paid in full.

Dated: Brooklyn, New York         Douglas C. Palmer
   June 14, 2021           Clerk of Court

                 By: */s/Jalitza Poveda*
                    Deputy Clerk